UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: James P. Wagner, Sr.,

Debtor.

Case No. 19-25669-beh
(Chapter 7)

## STIPULATION TO ENTRY OF AN ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)(1)

The United States Trustee, by Attorney Laura D. Steele, and the Debtor who, pursuant to 11 U.S.C. § 707(b)(1), stipulate and agree to the following:

1. The United States Trustee's motion to dismiss this case shall be granted because the granting of relief would be abusive under 11 U.S.C. § 707(b)(1);

2. The Court shall enter an Order dismissing this case.

AGREED:

_____  Dated: 3/12/20
LAURA D. STEELE
Attorney for the United States Trustee

_____  Dated: 3-12-2020
JAMES P. WAGNER
Debtor

Attorney Laura D. Steele
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / fax (414) 297-4478

Case 19-25669-beh    Doc 103    Filed 03/12/20    Page 1 of 1